**ORIGINAL** 3

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
-----------------------------------------------------------------
ENTERTAINMENT BY J&J, INC.
as Broadcast Licensee of the September 13, 1997
DE LA HOYA/CAMACHO Program,

     Plaintiff,

 -against-

JOSE JAIME CANO A/K/A JOSE JAIME CRUZ,
Individually and d/b/a JC'S PUB a/k/a JC'S PB &
DINER a/k/a JP'S PUB, *et al.*

     Defendants.
-----------------------------------------------------------------

United States District Court
Southern District of Texas
FILED

SEP 2 1 2000

Michael N. Milby
Clerk of Court

CERTIFICATE OF INTERESTED
PARTIES
Civil Action No. B-00-135

  PURSUANT TO THE GENERAL RULES FOR UNTIED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, ENTERTAINMENT BY J&J, INC., a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

  There are no corporate parents, subsidiaries, or affiliates of the plaintiff, ENTERTAINMENT BY J&J, INC.

Dated: September 18, 2000
  Ellenville, New York

       ENTERTAINMENT BY J&J, INC.

       By: _____
       Julie Cohen Lonstein, Esq.
       Attorney for Plaintiff
       Office and P.O. Address
       1 Terrace Hill : P.O. Box 351
       Ellenville, NY 12428
       Tel: (845) 647-8500

ClibPDF - www.fastio.com