ORIGINAL 5

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

--------------------------------------------------------------

ENTERTAINMENT BY J&J, INC.
as Broadcast Licensee of the September 13, 1997
DE LA HOYA/CAMACHO Program,

                           Plaintiff,

-against-

JOSE JAIME CANO A/K/A JOSE JAIME CRUZ,
Individually and d/b/a JC'S PUB a/k/a JC'S PB &
DINER a/k/a JP'S PUB, *et al.*

                          Defendants.

--------------------------------------------------------------

United States District Court
Southern District of Texas
FILED

OCT 0 2 2000

Michael N. Milby
Clerk of Court

CERTIFICATE OF INTERESTED
PARTIES
Civil Action No. B-00-135

      PURSUANT TO THE GENERAL RULES FOR UNTIED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, ENTERTAINMENT BY J&J, INC., a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

      There are no corporate parents, subsidiaries, or affiliates of the plaintiff, ENTERTAINMENT BY J&J, INC.

Dated: September 27, 2000
       Ellenville, New York

                                ENTERTAINMENT BY J&J, INC.

                                By: _____
                                Julie Cohen Lonstein, Esq.
                                Attorney for Plaintiff
                                New York State Bar No. #2393759
                                Office and P.O. Address
                                1 Terrace Hill : P.O. Box 351
                                Ellenville, NY 12428
                                Tel: (845) 647-8500
                                Fax: (845) 647-6277

## CERTIFICATION OF SERVICE

This is to certify that the foregoing document was duly served by mailing true and accurate copies to:

1) Jose Jaime Cano
a/k/a Jose Jaime Cruz
Defendant
704 W. Hanson St.
Harlingen, TX 78550


[x] By US Postal Service,
On this _27_ day of September, 2000

JULIE COHEN LONSTEIN, ESQ.