ORIGINAL

6

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2000

Michael N. Milby
Clerk of Court

---------------------------------------------------------------

ENTERTAINMENT BY J&J, INC.
as Broadcast Licensee of the September 13,
1997 DE LA HOYA/ CAMACHO Program,

              Plaintiff,

-against-

JOSE JAIME CANO A/K/A JOSE JAIME CRUZ,
Individually and d/b/a JC'S PUB a/k/a JC'S PB &
DINER a/k/a JP'S PUB, ET AL,

              Defendants.

---------------------------------------------------------------

Civil Action No. B-00-135

## MOTION FOR TELEPHONIC CONFERENCE

Come now plaintiff, **ENTERTAINMENT BY J& J, INC.**. and moves this Court for an Order allowing the initial pretrial conference to be held via telephone at 2:00 p.m. on January 16, 2001.

In support thereof, plaintiff would respectfully submit that lead counsel in this case is located in Ulster County New York.

              ENTERTAINMENT BY J & J, INC.

              By:_____
              JULIE COHEN LONSTEIN, Esq.
              LONSTEIN LAW OFFICE, P.C.
              1 Terrace Hill, P.O. Box 351
              Ellenville, NY 12428
              (914) 647-8500
              ATTORNEYS FOR PLAINTIFF
              *Our File No. C97-12TX-S01*

SO ORDERED this ___ day
of _____, 2000.

_____
HON. HILDA G. TAGLE
JUDGE, U.S. DISTRICT COURT