8

United States District Court
Southern District of Texas
FILED

NOV 16 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENTERTAINMENT BY J & J, INC | * | |
| PLAINTIFF, | * | |
| VS. | * | CIVIL ACTION NO. |
| JOSE JAIME CANO, ET AL | * | B-00-135 |
| DEFENDANTS, | * | |

## ANSWER

Defendants deny every allegation of plaintiff's Verified Complaint.

Dated: November 16, 2000

*[signature]*
JOSE JAIME CANO
704 W. HANSON ST.
HARLINGEN, TEXAS 78550
(956) 423-3756
DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of defendants Answer has been sent to counsel of record for Plaintiff on this the 16th day of November, 2000.

*[signature]*
JOSE JAIME CANO

Hon. Julie Cohen Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428