**ORIGINAL**

9

# United States District Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

ENTERTAINMENT BY J&J, INC.
As Broadcast Licensee of the September 13,
1997 DE LA HOYA/CAMACHO Program

Plaintiffs,

V.

JOSE JAIME CANO A/K/A JOSE JAIME CRUZ,
Individually and d/b/a JC'S PUB a/k/a JC'S PB & DINER
a/k/a JP'S PUB and JC'S PUB a/k/a JC'S PUB & DINER
a/k/a JP'S PUB, et al

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-00-135**

United States District Court
Southern District of Texas
FILED

NOV 21 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

JOSE JAIME CANO A/K/A JOSE JAIME CRUZ, Individually and d/b/a JC'S PUB a/k/a JC'S PB & DINER a/k/a JP'S PUB
**Jose J. Cano-Cruz**
**704 W. Hanson St.**
**Harlingen, TX 78550**       Our File No. N97-12TX-S01

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**1 Terrace Hill, Box 351**
**Ellenville, New York 12428**

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk                                        SEP 0 6 2000

CLERK                                                          DATE

/s/ Michael Milby

(BY) DEPUTY CLERK

OFFICER'S RETURN
&
AFFIDAVIT OF SERVICE
AFFIDAVIT OF NON-SERVICE

DEFENDANT: Jose Jaime Cano AKA Jose Jaime Cruz, Indiv.
CAUSE # B-00135

CAME TO HAND ON 9 DAY OF Oct , 2000 AT 4:00 O'CLOCK P M.

BEFORE ME, THE UNDERSIGNED AUTHORITY. THIS DAY PERSONALLY APPEARED,

John Keener , DEPUTY SHERIFF/CONSTABLE OF CAMERON COUNTY, TEXAS. TO ME WELL KNOWN TO BE THE PERSON WHOSE NAME IS SIGNED TO THE FOREGOING CITATION AND ACKNOWLEDGE THAT HE (ATTEMPTED) * (SERVED) * THE FOLLOWING DEFENDANT(S): Jose Jaime Cano AKA Jose Jaime Cruz, Individually

| ADDRESS | DATE | TIME |
|---|---|---|
| 704 W. Hanson, Hlgn Tx 78550 | 10-26-00 | 12:33 pm |

THE FAILURE TO EXECUTE THIS PROCESS ON THE ABOVE SAID DEFENDANT(S) IS:

_____
SHERIFF/CONSTABLE

_____ COUNTY, TEXAS.

_____
DEPUTY

SWORN AND SUBCRIBE TO BEFORE ME ON THIS 27th DAY OF October, 2000 TO CERTIFY WHICH WITNESS MY HAND AND SEAL OF OFFICE.

ROSARIO GOMEZ
Notary Public, State of Texas
My Commission Expires
May 03, 2003

_____
NOTARY PUBLIC IN AND FOR THE
Cameron COUNTY, TEXAS

MY COMMISSION EXPIRES: 05 03 03