AO 440 (Rev. 10/93) Summons in a Civil Action

**ORIGINAL**

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

BROWNSVILLE DIVISION

ENTERTAINMENT BY J&J, INC.
As Broadcast Licensee of the September 13,
1997 DE LA HOYA/CAMACHO Program

Plaintiffs,

V.

JOSE JAIME CANO A/K/A JOSE JAIME CRUZ, Individually
and d/b/a JC'S PUB a/k/a JC'S PB & DINER a/k/a JP'S PUB
and JC'S PUB a/k/a JC'S PUB & DINER a/k/a JP'S PUB, et al

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B - 00 - 135**

United States District Court
Southern District of Texas
FILED

NOV 2 1 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)
JC'S PUB a/k/a JC'S PUB & DINER a/k/a JP'S PUB;
J.C.'s Pub a/k/a JC's Pub & Diner a/k/a JP's Pub
535 N. Commerce St.
Harlingen, TX 78550     Our File No. N97-12TX-S01

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SEP 0 6 2000

Michael N Milby, Clerk

CLERK _[signature]_

(BY) DEPUTY CLERK

DATE

# OFFICER'S RETURN
# &
# AFFIDAVIT OF SERVICE
# AFFIDAVIT OF NON-SERVICE

DEFENDANT: J.C.'s Pub aka JC Pub aka JC Pub Diner aka JP's Pub
CAUSE # B-00-135

CAME TO HAND ON 9 DAY OF Oct, 2000 AT 4:00 O'CLOCK P M.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY PERSONALLY APPEARED,

John Keener, DEPUTY SHERIFF/CONSTABLE OF CAMERON COUNTY, TEXAS. TO ME WELL KNOWN TO BE THE PERSON WHOSE NAME IS SIGNED TO THE FOREGOING SUMMONS & COMPLAINT THAT HE (ATTEMPTED) * (SERVED) * THE FOLLOWING DEFENDANT(S): Jose Jaime Caro DBA JC's Pub & Diner AKA JC's Pub aka JP's Pub

| ADDRESS | DATE | TIME |
|---|---|---|
| 704 W. Hanson Hlgn Tx 78550 | 10-26-00 | 12:33 pm |

THE FAILURE TO EXECUTE THIS PROCESS ON THE ABOVE SAID DEFENDANT(S) IS:

Omar Lucio
SHERIFF/CONSTABLE
Cameron, COUNTY, TEXAS.
John Keener 210
DEPUTY

SWORN AND SUBCRIBE TO BEFORE ME ON THIS 27th DAY OF October 2000 TO CERTIFY WHICH WITNESS MY HAND AND SEAL OF OFFICE.

ROSARIO GOMEZ
Notary Public, State of Texas
My Commission Expires
May 03, 2003

Rosario Gomez
NOTARY PUBLIC IN AND FOR THE
Cameron COUNTY, TEXAS
MY COMMISSION EXPIRES: 05-03-03