G) Supplementation under Rule 26(e) due within a reasonable time after receipt of information or material.

**11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**   The Plaintiff is in agreement on the discovery plan.

**12. Specify the discovery beyond initial disclosures that has been undertaken to date.**   None.

**13. State the date the planned discovery can reasonably be completed.**   All discovery to be completed by **April 1, 2001.**

**14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**   Defendant has not responded to Plaintiff's correspondence or attempts at discussing settlement.

**15. Describe what each party has done or agreed to do to bring about a prompt resolution.**   Plaintiff mailed initial correspondence to Defendant urging settlement prior to the commencement of legal action against Defendant. Defendant did not respond. Plaintiff shall continue to attempt to make contact with the Defendant in order to discuss possible settlement.

**16. From the attorney's discussion with the client, state the alternative dispute resolution techniques that are reasonable suitable, and state when such a technique may be effectively used in this case.**   The parties do not anticipate that alternative dispute resolution techniques would be effective at this time but neither Plaintiff or Defendant is opposed to exploring same.

**17. Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.** The Plaintiff consents to a trial before a magistrate judge,

**18. State whether a jury demand has been made and if it was made on time.**  No jury demand has been made.

**19. Specify the number of hours it will take to present the evidence in this case.**  The parties anticipate that a trial of this matter will take one day.

**20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.**  No pending motions.

**21. List other motions pending.**  None pending.

**22. Indicate other matters peculiar to this case, including discovery, that deserve the**

3

**special attention of the court at the conference.**  None on behalf of plaintiff.

**23.  Plaintiff has filed Disclosure of Interested parties on September 21, 2000.**

**24. List the names, bar numbers, addresses and telephone numbers of all counsel.**

    1)       Julie Cohen Lonstein, Esq.
               USDC SDTX Admission # 21857
               Attorney in charge for Plaintiff
               Lonstein Law Office, P.C.
               One Terrace Hill, P.O. Box 351
               Ellenville, New York 12428
               Tel:  (914) 647-8500

    2)       Jose Jaime Cano a/k/a Cruz
               *Pro Se* Defendant
               704 W. Hanson St.
               Harlingen, TX 78550

Dated: January 3, 2001

_____
Julie Cohen Lonstein, Esq.
Attorney for Plaintiff

4