Case 1:00-cv-00135   Document 13   Filed in TXSD on 01/10/2001   Page 1 of 1

13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Entertainment by J&J, Inc., § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. B-B-00-135 |
| § § | |
| Jose Jaime Cano, et al., § § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on January 10, 2001, the Court **GRANTED** Plaintiff's Motion for Telephonic Conference [Dkt. No. 11].

DONE at Brownsville, Texas, this 10th day of January 2001.

Hilda G. Tagle
United States District Judge