14

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

JAN 16 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Koerner   ■ Fajardo |
| DATE | 01 / 16 / 01 |
| TIME | ___ a.m.   3:10 p.m.   ___ a.m.   3:20 p.m. |
| CIVIL ACTION | B-00-135 |
| STYLE | Entertainment by J&J, Inc.  *versus*  Jose Jaime Cano |

**DOCKET ENTRY**

(HGT)  *IPTC*  ☑ Hearing;  _____ day  ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record)

Julie Lonstein  (via telephone)   for  ■ Ptf. # ____   ☐ Deft. # ____
Jose Jaime Cano  (pro se)   for  ☐ Ptf. # ____   ■ Deft. # ____
_____  for  ☐ Ptf. # ____   ☐ Deft. # ____
_____  for  ☐ Ptf. # ____   ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:  ☐ all pending motions;   ☐ these topics:

■ Miscellaneous review set: The Court gave the Defendant until January 31, 2001 to find an attorney who will contact Plaintiff's counsel immediately.

■ Comments:

Cano's home address is 704 West Hanson, Harlingen, TX. 956-425-6615 is the phone number of the Defendant's/brothers' business, Cano Produce, where he can be reached during business hours. Cano no longer owns Entertainment by J&J, but leased it to Rocendo Ledesma of Leds Grill. Cano no longer has a business relationship with J&J – it terminated in 1997.