15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ENTERTAINMENT BY J&J, INC., as broadcast Licensee of the September 13, 1997 DE LA HOYA/CAMACHO Program<br>       Plaintiff, | § § § § § | |
| -against- | § | No. B-00-135 |
| JOSE JAIME CANO A/K/A JOSE JAIME CRUZ, Individually and d/b/a JC's PUB a/k/a JC'S PUB & DINER a/k/a JP'S PUB | § § § § | |
| and | § § | |
| JC's PUB a/k/a JC'S PUB & DINER a/k/a JP'S PUB<br>       Defendants. | § § § § | |

### ENTRY OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  We hereby enter our appearance as counsel for JOSE JAIME CANO, JOSE JAIME CANO A/K/A JOSE JAIME CRUZ, Individually and d/b/a JC's PUB a/k/a JC'S PUB & DINER a/k/a JP'S PUB. We are attorneys and members in good standing of the State Bar and Federal Bar of Texas.

Respectfully submitted,

J. Edward Mann, Jr. & Associates

By:_____
J. Edward Mann, Jr.
State Bar No. 12937000
Federal Bar No. 1590
Attorney in Charge for Defendant

By:_____
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956-428-4114
Facsimile: 956-428-9494
Co-Counsel for Defendant

## Certificate of Service

I, J. Edward Mann, Jr., do hereby certify that a copy of the foregoing document has been mailed to:

Julie Cohen Lonstein
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

on this 30 day of January, 2001.

_____
J. Edward Mann, Jr.