*16*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ENTERTAINMENT BY J&J, INC.     §
                               §
                               §
versus                         §   CIVIL ACTION: B: 00-135
                               §
                               §
JOSE JAIME CANO, et al         §

# Order Setting Conference

Counsel shall appear for an initial pretrial conference:

### February 26, 2001 at 3:00 p.m.

BEFORE THE HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
THIRD FLOOR-COURTROOM NO. 3
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #306
BROWNSVILLE, TEXAS 78520

SIGNED ON _February 5_, 2001 AT BROWNSVILLE, TEXAS.

*(signature)*

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE