17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Entertainment by J&J, Inc.,** | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-00-135 |
| Jose Jaime Cano, et al., | § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on February 8, 2001, the Court considered the Plaintiff's Rule 26(f) Meeting Report [Dkt. No. 12], advising the Court that the Plaintiff consents to having trial before a magistrate judge. Aware of the fact that Defendants did not have counsel until after Plaintiff's Rule 26(f) Meeting Report was filed, the Parties are hereby notified that they may proceed before a magistrate judge if the Parties submit written consent no later than 4:00 p.m. on Tuesday, February 20, 2001.

If such consent is received by the Court, then the Parties will no longer be required to appear for Initial Pre-Trial Conference on Monday, February 26, 2001.

DONE at Brownsville, Texas, this 8th day of February 2001.

Hilda G. Tagle
United States District Judge

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

|   |   |   |
|---|---|---|
| *versus* | § § § § § § § § | CIVIL ACTION   B- |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____        _____

_____        _____

## Order to Transfer

This case is transferred to United States Magistrate Judge _____ _____ to conduct all further proceedings, including final judgment.

_____        _____
Date                                                                    United States District Judge