Case 1:00-cv-00135   Document 18   Filed in TXSD on 02/21/2001   Page 1 of 2

*18*

# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Entertainment by J & J Inc. | § | |
| | § | United States District Court |
| | § | Southern District of Texas |
| | § | ENTERED |
| *versus* | § | CIVIL ACTION B- 00-135 |
| | § | **FEB 2 1 2001** |
| Jose Jaime Cano, et al | § | |
| | § | Michael N. Milby, Clerk of Court |
| | § | By Deputy Clerk |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

Julie Cohen Lonstein
Attorney for Plaintiff

Edward Mann, Jr.
Attorney for Cano

## Order to Transfer

This case is transferred to United States Magistrate Judge *Felix Recio* to conduct all further proceedings, including final judgment.

2/21/01
Date

Hilda Tagle
United States District Judge

Case 1:00-cv-00135   Document 18   Filed in TXSD on 02/21/2001   Page 2 of 2

# J. EDWARD MANN, JR. & ASSOCIATES
### ATTORNEYS AT LAW

RUSH
ASAP
REGULAR

TELEPHONE:
956-428-4114

FACSIMILE:
956-428-9494

Bank of America Tower
222 EAST VAN BUREN, SUITE 701
HARLINGEN, TEXAS 78550

## TELECOPY COVERSHEET

| Date: | | Time: | 2   4:35 |
|---|---|---|---|
| From: | Jason R. Mann | Number of Pages: | |
| Re: | Civil Case no B-00-135 Entertainment By JJ v Cano et al | | |

TO: Stella
FAX: 548-2598

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US, AT OUR EXPENSE, AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE.

Please call 956-428-4114
for any problems or confirmations

Lorie
Telecopy Operator

___  ORIGINAL WILL NOT FOLLOW
___  ORIGINAL WILL FOLLOW VIA:
___  Regular Mail
___  Overnight Delivery
___  Hand Delivery
___  Certified Mail