UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk M Garza

ENTERTAINMENT BY J&J, INC.         *

    VS                              *    C.A. NO. B00-135
                                              (636(c))
JOSE JAIME CANO, ET AL              *

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

An initial pretrial conference hearing in above-captioned and numbered cause of action is hereby scheduled for **March 15, 2001,** at **2:00 p.m.**

DONE at Brownsville, Texas, this **26** day of **February 2001.**

/s/ Felix Recio
Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
956/548-2701

19