

# CHAMBERS MINUTES

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk: Jessica R Dart

United States District Court
Southern District of Texas
FILED

MAR 1 5 2001

Michael N. Milby
Clerk of Court

Date: March 15, 2001, 2:00 pm

---

## C.A. NO. B00-135 (636(c))

| | | |
|---|---|---|
| ENTERTAINMENT BY J&J, INC. | * | Julie Cohen Lonstein |
| VS | * | |
| JOSE JAIME CANO, ET AL | * | J Edward Mann |

## TELEPHONIC INITIAL PRETRIAL CONFERENCE

Initial pretrial conference held telephonically with attorneys Lonstein and Mann.  The parties agreed to a scheduling order.  An order will be filed.

Attorney Mann informed the Court that he will be filing an amended complaint adding a third-party defendant and requested that it be considered expediently.