21

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

ENTERTAINMENT BY J&J, INC.          §

    VS                               §   CIVIL ACTION NO. B-00-135
                                             (636(c))
                                     §
JOSE JAIME CANO, ET AL

### SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.               ☑ Bench    ☐ Jury

2. New parties must be joined by:                            **August 01, 2001**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: **September 04, 2001**

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.   **October 01, 2001**

5. Discovery must be completed by:                           **November 20, 2001**
   *Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the Court. No continuances will be granted because of
   information acquired in post-deadline discovery.*

6. All motions will be filed by:                             **February 01, 2002**

*************************************************************************

7. Joint pretrial order is due:                              **February 07, 2002**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio
   is set for 2:00 p.m. on:                                  **March 07, 2002**
   *The case will remain on standby until tried.*

9. Bench trial before Judge Recio is tentatively set for 9:00 a.m on  **March 18, 2002**


Signed **March 15, 2001**, at Brownsville, Texas.

                                                Felix Recio
                                        United States Magistrate Judge