IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC., as broadcast Licensee of the September 13, 1997 DE LA HOYA/CAMACHO Program<br>　　　　　　　Plaintiff,<br><br>-against-<br><br>JOSE JAIME CANO A/K/A JOSE JAIME CRUZ, Individually and d/b/a JC's PUB a/k/a JC'S PUB & DINER a/k/a JP'S PUB<br><br>and<br><br>JC's PUB a/k/a JC'S PUB & DINER a/k/a JP'S PUB<br>　　　　　　　Defendants. | §§§§§§§§§§§§§§§§§§§§<br><br>No.  B-00-135 |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED PLEADING AND THIRD-PARTY COMPLAINT

All parties consent to allow JOSE JAIME CANO leave to file the attached AMENDED ORIGINAL ANSWER AND THIRD PARTY COMPLAINT.

1. JOSE JAIME CANO is Defendant and Third-Party Plaintiff (hereinafter referred to as "CANO"). CHRISTINA ROMERO WEST is Third-Party Defendant.

2. Plaintiff sued CANO for violations of 47 U.S.C et seq., Breach of Contract, Breach of Implied Contract, and Fraud alleging from the interception of the September 13, 1997 De La Hoya/Camacho Program. CANO will assert that another party is responsible for all allegations, if said allegations in Plaintiff's Original Complaint are found to be true.

3. CANO filed a pro se general denial, and the court required him acquire counsel by January 31, 2001. On January 30, 2001 J. Edward Mann, Jr. & Associates filed an

Entry of Appearance for CANO and now desire to file an Answer in compliance with the Federal Rules as well as a Third-Party Complaint against the responsible party, CHRISTINA ROMERO WEST.

4.  All parties consent to allow CANO to file his Amended Original Answer and Third-Party Complaint contemporaneously with this consent.

5.  For these reasons, Defendant, JOSE JAIME CANO asks the court grant Defendant's Motion for Leave to file an Amended Answer and Third-Party Complaint against Third-Party Defendant.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

_____
Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for JOSE JAIME CANO

## CERTIFICATE OF SERVICE

    I, Jason R. Mann, do hereby certify that a copy of the foregoing document has been mailed on this 15th day of March, 2001, to:

Julie Cohen Lonstein
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

_____
Jason R. Mann

Unopposed Motion for Leave to File Amended Pleading and Third-Party Complaint- Page 3 of 4 pages