AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

24

# RETURN OF SERVICE

CAB-00-135

Service of the Summons and complaint was made by me[1]   DATE 4-27-01  5:50 pm

NAME OF SERVER  A. M. Toscano   TITLE Civil Process

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: Hop-Shop 923 S. Commerce Harlingen, Tx.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

MAY 03 2001

☐ Other (specify): _____

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-27-01
            Date

G. M. _____
Signature of Server

613 E. Harrison St. Harlingen, Tx
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | <u>**AFFIDAVIT OF CIVIL PROCESSOR**</u> |
| COUNTY OF CAMERON | § | |

**BEFORE ME,** the undersigned authority on this day personally appeared **ABEL TOSCANO III**, who under oath deposes and says the following.

"My name is ABEL TOSCANO III. I am over 18 years of age and not a party to nor have an interest in this cause."

"I hereby certify that on the <u>27TH</u> day of <u>APRIL</u>, 2001, at <u>5:50</u>, o'clock <u>P</u> .m. I did serve <u>CHRISTINA ROMERO WEST</u>, by delivering to <u>HER</u> in person a true copy of <u>DEFENDANT, JOSE JAIME CANO'S FIRST AMENDED ORIGINAL ANSWER AND THIRD-PARTY COMPLAINT</u> upon which I endorsed the date of delivery, together with the accompanying copy of such document."

The above described documents came to be handed to me on this the <u>26TH</u> day of <u>APRIL</u>, 2001, at <u>4:00</u> o'clock <u>P</u> .m., under Style <u>ENTERTAINMENT BY J&J INC. VS. J.'S PUB ET AL</u> Cause No. <u>B-00135</u>.

Cause of failure to execute this citation is: _____.

FURTHER AFFIANT SAYETH NOT.

_____
ABEL TOSCANO III

**SWORN AND SUBSCRIBED** before me on this the <u>30TH</u> day of <u>APRIL, 2001</u>, TO CERTIFY WHICH WITNESS MY HAND AND SEAL OF OFFICE.

_____
Notary Public In For
The State of Texas

[Seal: MARIA M. DOMINGUEZ, Notary Public, State of Texas, My Comm. Exp. 10-31-2001]