25

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

------------------------------------------------------------

ENTERTAINMENT BY J&J, INC.
as Broadcast Licensee of the September 13,
1997 DE LA HOYA/ CAMACHO Program,
Plaintiff,

-against-

JOSE JAIME CANO, *et al.*

Defendants.

Civil Action No.  B-00-135

------------------------------------------------------------

COPY

United States District Court
Southern District of Texas
FILED

JUN 1 4 2001

Michael N. Milby
Clerk of Court

## MOTION FOR DISMISSAL

**PLAINTIFFS, ENTERTAINMENT BY J &J, INC.**, plaintiffs in the above entitled action having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: June 6, 2001
     Ellenville, New York

ENTERTAINMENT BY J&J, INC.

By: _____
Julie Cohen Lonstein.
SDTX Admission No. 21857
LONSTEIN LAW OFFICE, P.C.
Attorneys for plaintiff
Office & P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, New York  12428
Tel: (845) 647-8500

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 7th day of June 2001:

Jason R. Mann, Esq.
PO Box 231
Harlingen, TX 78551

By:[x] U.S. Mail, postage prepaid

_____
JULIE COHEN LONSTEIN