26

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

# ORIGINAL

United States District Court
Southern District of Texas
ENTERED

**JUN 1 5 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

-------------------------------------------------------------

ENTERTAINMENT BY J&J, INC.
as Broadcast Licensee of the September 13,
1997 DE LA HOYA/ CAMACHO Program,
          Plaintiff,

   -against-

                          Civil Action No.  B-00-135

JOSE JAIME CANO, *et al.*                  **(636(c))**

     Defendants.

-------------------------------------------------------------

## ORDER OF DISMISSAL

     **PLAINTIFFS, ENTERTAINMENT BY J &J, INC.,** plaintiffs in the above entitled action having moves  that the above entitled action specifically pertaining to the defendants  be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause having been shown,  IT IS HEREBY

     **ORDERED** ,  that the above entitled action  be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.


Dated: 6/15 , 2001
     Brownsville, Tx


                              **Felix Recio**
                              **U.S. Magistrate Judge**